Judge John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RUBEN LUIS LEON SHUMPERT,<br><br>Defendant. | NO. CR06-0439JCC<br><br>GOVERNMENT'S MOTION TO DISMISS INDICTMENT AND QUASH ARREST WARRANT<br><br>NOTE ON MOTION CALENDAR: August 22, 2014 |

  Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of court endorsed hereon, the United States Attorney for the Western District of Washington hereby dismisses without prejudice the Indictment charging Failure to Appear in violation of 18 U.S.C. § 3146(a)(1) and (b)(1)(A), that is presently pending against RUBEN LUIS LEON SHUMPERT, and further moves to quash the related warrant for his arrest.

//
//
//
//

Motion to Dismiss Indictment/*United States v. Ruben Luis Leon Shumpert*
CR06-0439JCC - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    The government respectfully requests this Court to dismiss, without prejudice, the
Indictment in the above-entitled cause, and further moves to quash the related warrant for his arrest.

Dated this 13th day of August, 2014.

                                                Respectfully submitted,

                                                JENNY A. DURKAN
                                                United States Attorney

                                                *s/ Todd L. Greenberg*
                                                TODD L. GREENBERG
                                                Assistant United States Attorney
                                                United States Attorney's Office
                                                700 Stewart Street, Suite 5220
                                                Seattle, WA 98101
                                                Telephone:  (206) 553-7970
                                                E-Mail:  Todd.Greenberg4@usdoj.gov

Motion to Dismiss Indictment/*United States v. Ruben Luis Leon Shumpert*
CR06-0439JCC - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970